UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| AMERICAN BANKERS INSURANCE GROUP, INC., | ) ) ) | |
| Plaintiff/Petitioner | ) ) | C/A No. 3:04-21790-GRA |
| v. | ) ) ) | ORDER VACATING ORDER |
| RICHARD F. LONG and LILLIE M. LONG, | ) ) | DENYING MOTION TO COMPEL ARBITRATION, AND GRANTING |
| Defendants/Respondents. | ) ) | MOTION TO COMPEL ARBITRATION |

This matter comes before the Court upon the Judgment of the United States Court of Appeals for the Fourth Circuit, entered July 14, 2006, taking effect August 21, 2006, upon the issuance of the mandate of the Court of Appeals.  The Judgment reverses the judgment of this Court, filed June 8, 2005, denying the motion of Plaintiff/Petitioner American Bankers Insurance Group, Inc. to compel arbitration of the Defendants' claims pending in Richland County Court of Common Pleas (*Long v. Thaxton, et al.*, 03 CP-40-5859) and remands the case to this Court for further proceedings consistent with the opinion of the Court of Appeals in support of the Judgment.

THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that this Court's Order Denying Motion to Compel Arbitration, entered June 8, 2005, is vacated, and it is ORDERED, ADJUDGED, and DECREED that the motion to compel arbitration of Plaintiff/Petitioner American Bankers Insurance Group, Inc. is granted.  In the event Defendants choose to proceed with their claims against American Bankers Insurance Group, Inc. they shall do so only in arbitration, and only in accordance with the terms of the Subscription Agreement arbitration

2

clause presented by American Bankers Insurance Group, Inc. to this Court and the Court of Appeals in support of its motion to compel arbitration. The hearing and proceedings under such arbitration clause, shall be within this district. This Court shall retain jurisdiction over this matter to enforce the terms of this Order.

    IT IS SO ORDERED.

                                                            G. ROSS ANDERSON, JR.
                                                            UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

September 6, 2006