UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| American Bankers Insurance Group, Inc., | ) ) ) | |
| Plaintiff/Petitioner, | ) ) | C/A No. 3:04-CV-21790-GRA |
| v. | ) ) ) | **ORDER** (Written Opinion) |
| Richard F. Long and Lillie M. Long, | ) ) | |
| Defendants/Respondents. | ) ) | |

By order dated September 6, 2006, this Court vacated its prior order and granted Petitioner's Motion to Compel Arbitration.  If Respondents choose to pursue their claims further, they must do so in accordance with the arbitration clause contained in the Subscription Agreement.

IT IS THEREFORE ORDERED that this case be DISMISSED.  The Court shall retain jurisdiction over this matter to enforce its orders and to resolve any issues that may arise through arbitration.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

June 20, 2007

Anderson, South Carolina

1